IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08- 69 ) |
| DAVID MATUSIEWICZ, | ) ) S~~EA~~LED unsealed ppg 5/1/2008 |
| Defendant. | ) ) |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of the defendant, with the exception that the United States Marshal's Service shall be granted access to all documents in the case file, for the purpose of entering into NCIC the arrest warrant and for the purpose of sharing those documents with other law enforcement agencies in an attempt to locate the defendant. The government requests that the case file otherwise remain sealed so that the defendant shall not become aware that his whereabouts are being investigated by federal law enforcement officials.

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: April 22, 2008

AND NOW, to wit, this __22__ day of __April__, 2008, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of the defendant, except that the United States Marshal's Service shall be granted access to all documents in the case file, for the purpose of entering into NCIC the arrest warrant and for the purpose of sharing those documents with other law enforcement agencies in an attempt to locate the defendant.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08- 69 ) |
| DAVID MATUSIEWICZ, | ) ) SEALED unsealed ppb 5/1/2008 |
| Defendant. | ) ) |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of the defendant, with the exception that the United States Marshal's Service shall be granted access to all documents in the case file, for the purpose of entering into NCIC the arrest warrant and for the purpose of sharing those documents with other law enforcement agencies in an attempt to locate the defendant. The government requests that the case file otherwise remain sealed so that the defendant shall not become aware that his whereabouts are being investigated by federal law enforcement officials.

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: April 22, 2008

AND NOW, to wit, this __22__ day of __April__, 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of the defendant, except that the United States Marshal's Service shall be granted access to all documents in the case file, for the purpose of entering into NCIC the arrest warrant and for the purpose of sharing those documents with other law enforcement agencies in an attempt to locate the defendant.

Honorable Mary Pat Thynge
United States Magistrate Judge