IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-69 |
| | ) | |
| DAVID MATUSIEWICZ, | ) | FILED UNDER SEAL |
| | ) | ~~SEALED~~ Unsealed (5/1/2008 krh) |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, David Matusiewicz as a result of the Indictment returned against him on April 22, 2008.

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: April 22, 2008

AND NOW, this __22__ day of __April__, 2008, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of David Matusiewicz.

Honorable Mary Pat Thynge
United States Magistrate Judge