**SEALED DOCUMENT**

Case 1:08-cr-00069-GMS   Document 11   Filed 04/21/09   Page 1 of 1 PageID #: 21