

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building                                                              *(302) 573-6277*
1007 Orange Street, Suite 700                   *FAX (302) 573-6220*
P.O. Box 2046
Wilmington, Delaware 19899-2046

December 2, 2009

The Honorable Gregory M. Sleet
Chief Judge, United States District Court
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

       Re:    **United States v. David Matusiewicz**
                 **Criminal Action No.   08-69-GMS**

Dear Chief Judge Sleet:

      A Sentencing Hearing is currently scheduled in the above-referenced matter for Thursday, December 10, 2009 at 10:00 a.m. For the Court's own planning purposes, I write to advise the Court that it is the government's understanding that one of the victims of the defendant's crimes plans to be present at the Sentencing Hearing and wishes to address the Court at this hearing, pursuant to 18 U.S.C. § 3771(a)(4).

      In addition, the government has just today received from the defendant a copy of the defendant's Sentencing Memorandum, which the government assumes will also be filed with the Court in the very near term. In order that the Court have the benefit of not only this filing, but the government's response, sufficiently prior to the Sentencing Hearing, the government will respond to this Sentencing Memorandum no later than December 4, 2009.

                                                                     Respectfully submitted,

                                                                     David C. Weiss
                                                                     United States Attorney

                                      BY:    */s/ Christopher J. Burke*
                                                                 Christopher J. Burke
                                                                 Assistant United States Attorney

cc:     Heriberto Medrano, Esq.
         Walter Matthews, Senior United States Probation Officer