CR 08-69 GMS

Box 6
Edcouch TX
78538
1-14-11

Attorney General Beau Biden
Dept. of Justice
820 North French St.
Wilmington DE 19801

RECEIVED JAN 20 2011
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Biden,

I apologize for not typing this but my computer is being repaired — again.

How many people — especially officials — have to be told that a little girl has been molested by her mother before she gets help? At the very least, we've told DFS, at least 2 judges, clinicians in psychology, COs in Baylor W.C.I., the deputy warden in Baylor, the psychologist at Baylor, at least two more psychologists outside of the prison, several optometrists, several lawyers including the legal advocate for the children and some people in the media. Kim Lawson, Laura Matusiewicz's legal advocate investigated and found that we all testify to the same experiences. He conclusion is that we made up "the story" to cover our abduction of Laura, Leigh and Karen Matusiewicz in 2007. Did it not occur to her that we all lived it and that's why our stories are the same?

In 2009 I wrote "A GRANDMOTHER'S IMPOSSIBLE CHOICE" as a cathartic experience. I'm still writing it as I remember or am reminded of more and more inconsistencies, strange experiences, etc. The first draft was sent to DFS.

My daughter, Amy Matusiewicz, and I voluntarily took polygraph tests to prove that we are not lying. The evaluator send the results, sight unseen.

by us to Don Roberts, Marsha Orlov, Heriberto Medrano and Amy Butler. Finally, we had him send copies to David Matusiewicz and Amy Gonzalez. I have sent you a copy of the results.

Please, help Laura, Leigh and Karen Matusiewicz. David is paying the price for trying to protect his children from a pedophile who was molested by her father as a child. Shouldn't the predator be doing the same?

How many of Dr. Bradley's victims had to report their molestations? Laura is afraid that "Mommy" will go to jail if she reports hers and right now "mommy" is the only "parent" she has!

Sincerely,
Lenore Matusiewicz
Lenore Matusiewicz

cc: Doug Millar, Unite for Justice
Nancy Grace
Jane Velez-Mitchell
Gov. J. Markell
Amy Butler



Matusiewicz
Box 6
Edcouch TX
78538

Judge Gregory Sleet
Federal District Court House
900 King St.
Room 4324
Wilmington DE 19801