

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF DELAWARE
### OFFICE OF THE CLERK

PETER T. DALLEO  
CLERK OF COURT

U.S. COURTHOUSE  
844 KING STREET, LOCKBOX 18  
WILMINGTON, DELAWARE 19801  
(302) 573-6170  
www.ded.uscourts.gov

May 4, 2011

Christopher J. Burke  
Assistant United States Attorney  
The Nemours Building  
1007 Orange Street, Suite 700  
Wilmington, DE 19899-2046

      RE:   Notice of Filing of a Writ of Habeas Corpus under  
               28 U.S.C. § 2255

Dear Mr. Burke:

    Pursuant to Rule 3 of the rules governing the procedure in the district court on a motion under 28 U.S.C. § 2255, a copy of the motion is herewith served upon you together with the notice that the motion was filed on May 3, 2011, as follows:

**UNITED STATES OF AMERICA v. DAVID J. MATUSIEWICZ**  
**Criminal Action No. 08-69 GMS (Civil No. 11-394 GMS)**

Sincerely,

*[signature]*

Deputy Clerk

I hereby acknowledge receipt of the original of this notice together with a copy of the motion on this _____ day of _____, 2011.

_____  
Signature

_____  
Title

cc: David Matusiewicz, No. 8191-004  
    FCI Bastrop  
    P.O. Box 1010  
    Bastrop, TX 78602