ORIGINAL

08cr69 GMS

NOV 10 2011

# United States District Court
## District of Delaware
## At Wilmington

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 1:08-cr-69-GMS-1 |
| | Civil No. 1:11-cv-394-GMS |
| Plaintiff-Respondent, | HON. GREGORY M. SLEET |
| | MAG. |
| vs. | |
| | MOVANT'S STATEMENT |
| DAVID MATUSIEWICZ, | OF UNDISPUTED ISSUES OF |
| | MATERIAL FACT |
| Defendant-Movant. | |

\* \* \* \* \* \* \* \* \* \*

**COMES NOW DEFENDANT-MOVANT** David Matusiewicz and submits the following list of undisputed facts which are material to the resolution of his Section 2255 motion:

Mr. Matusiewicz has made specific, sworn, factual allegations in his motion pursuant to 28 U.S.C. § 2255. These are set forth in the "Statement of Claim" of the motion which starts on page 6 of the motion

While the government has argued that Mr. Matusiewicz's Section 2255 motion should be denied, the government attorney has presented no competent extra-record evidence to rebut Mr. Matusiewicz's specific, sworn, factual allegations. Under these circumstances, the Court should accept Mr. Matusiewicz's allegations as true for purposes of deciding whether to grant an evidentiary hearing. *See*

1

*United States v. Dawson*, 857 F.2d 923, 927-928 (3rd Cir. 1988) and *United States v. Rodriguez-Rodriguez*, 929 F.2d 747, 752 (1st Cir. 1991).

Date: 11-2-11

Respectfully submitted,

David Matusiewicz
**Movant**
81910-004
P.O. Box 1010
Bastrop, TX 78602

2