May 12, 2012

Clerk, U.S. District Court
844 N. King St., 4th Floor
Wilmington DE 19801-3519

RE: Crim. no. 1:08-cr-69-GMS-1
Civil no. 1:11-cv-394-GMS
Section 2255 Motion      April 2011
Movant's Traverse        November 2011

Please update my address of record to the address below and return a copy of Judge Sleet's decision on my Section 2255 motion and Traverse. Thank you in advance for your attention to this request.

Sincerely,

David T. Matusiewicz
c/o Amy Gonzalez
819 Sinatra Drive
Edinburg TX 78542

cc: file

FILED
MAY 21 2012
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

David Matusiewicz
c/o Amy Gonzalez
819 Sinatra Dr.
Edinburg Tx 78542

**CERTIFIED MAIL**



7011 2000 0001 9775 8431

U.S. POSTAGE PAID
EDINBURG, TX
78539
MAY 18, 12
AMOUNT
$5.75
00045957-06

⇔81910-004⇔
Clerk -- Us District Court
Clerk - US District Court
844 N KING ST
4TH Floor
Wilmington, DE 19801-3519
United States