

FEB   4 2013

# United States District Court
## District of Delaware
## At Wilmington

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 1:08-cr-69-GMS-1 |
| | ) | Civil No. 1:11-cv-394-GMS |
| Plaintiff-Respondent, | ) | HON. GREGORY M. SLEET |
| | ) | MAG. |
| vs. | ) | |
| | ) | MOTION TO CLARIFY |
| DAVID MATUSIEWICZ, | ) | STATUS OF CASE |
| | ) | |
| Defendant-Movant. | ) | |

\* \* \* \* \* \* \* \* \* \*

**COMES NOW DEFENDANT-MOVANT David Matusiewicz,** and respectfully moves this **HONORABLE COURT** to clarify the status of this case. The grounds for this motion hereinafter more fully appear.

On or about 5-3-11 the Clerk of Court filed Mr. Matusiewicz's motion pursuant to 28 U.S.C. § 2255. The government answered on 10-17-11 and a traverse was filed 11-10-11. As of the date of this motion to clarify status, Mr. Matusiewicz has not received any ruling on the motion nor does the docket indicate that any other action has been taken on the motion.

## RELIEF REQUESTED

Based on all of the foregoing, Mr. Matusiewicz respectfully asks this Honorable Court to clarify the status of his motion pursuant to 28 U.S.C. § 2255.

Date: 1-29-2013

Respectfully submitted,

David Matusiewicz
**Movant**
c/o Thomas Matusiewicz
P.O. Box 6
Edcouch, TX 78538

1

# United States District Court

# District of Delaware
# At Wilmington

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Crim. No. 1:08-cr-69-GMS-1** |
| | ) | **Civil No. 1:11-cv-394-GMS** |
| **Plaintiff-Respondent,** | ) | **HON. GREGORY M. SLEET** |
| | ) | **MAG.** |
| **vs.** | ) | |
| | ) | **CERTIFICATE OF FILING** |
| **DAVID MATUSIEWICZ,** | ) | **AND SERVICE** |
| | ) | |
| **Defendant-Movant.** | ) | |

\* \* \* \* \* \* \* \* \* \*

Pursuant to the principles of Houston v. Lack, 487 U.S. 266, 276 (1988), Mr. Matusiewicz has this day filed with the Court and served counsel for the opposing party with the required original and copies of the enclosed documents by mailing same, in sealed envelopes, first class postage affixed and addressed to: Clerk, U.S. District Court, 844 North King St, 4th Floor, Wilmington, DE 19801-3519 and to United States Attorney, P.O. Box 2046, Wilmington, DE 19899-2046.

Signed under penalty of perjury under 28 U.S.C. § 1746 this ___29___ day of ___January___, 2013.


David Matusiewicz

c/o Thomas Matusiewicz

P.O. Box 6
Edcouch, TX 78538

2

**Mailing List:**
**David Matusiewicz**
c/o Thomas Matusiewicz
P.O. Box 6
Edcouch, TX 78538
**Clerk -- U.S. District Court**
844 North King St, 4th Floor
Wilmington, DE 19801-3519
**United States Attorney**
District of Delaware
P.O. Box 2046
Wilmington, DE 19899-2046
**Amy B. Gonzalez**
819 Sinatra Dr
Edinburg, TX 78542

D. MATUSIEWICZ
PO BOX 6
EDCOUCH   TX   78538

CERTIFIED MAIL™

7011 1570 0003 5718 1540

1980143570 C012

CLERK- U.S. DISTRICT COURT
844 North King Street, 4th Floor
Wilmington   DE   19801-3519



