PROB 12
(Rev. 2/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 08CR00069-001 (GMS) |
| | ) |
| David Matusiewicz, | ) REDACTED |
| | ) |
| Defendant. | ) |

**Petition on Probation and Supervised Release**

COMES NOW <u>Walter Matthews</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>David Matusiewicz</u> who was placed on supervision by the <u>Honorable Gregory M. Sleet</u>, sitting in the court in <u>Wilmington, Delaware</u>, on the <u>10th</u> day of <u>December 2009</u>, who fixed the period of supervision at <u>Five Years</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) At the direction of the probation officer, the defendant shall participate in mental health counseling.
2) The defendant shall adhere to the orders fo the Family Court for New Castle County with respect to his contact with Laura Matusiewicz, Leigh Matusiewicz and Karen Matusiewicz.
3) Sixty days after the defendant's release from confinement, the probation office shall review the defendant's ability to pay any restitution balance and make an appropriate recommendation to the Court.

Criminal Monetary Penalties: Pay $200 special assessment.

Criminal Monetary Penalties: Pay restitution in the amount of $9,674 in monthly installments of not less than $100.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

Please see attachment

PRAYING THAT THE COURT WILL ORDER ... that an arrest warrant be issued so that David Matusiewicz can be brought before the Court for a hearing to determine if he has violated the conditions of his supervised release term.

ORDER OF COURT

Considered and ordered this 11th day of Feb, 2013.

_____
Chief United States District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Wilmington, Delaware

Date: February 11, 2013

Attachment

**Standard Condition 3:** "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

**Evidence:** On January 8, 2013, the defendant requested permission to travel from the Southern District of Texas to the District of Delaware and listed his lodging as follows: Kula Home, Thomas Kula, uncle,                  . Bayville NJ 08721. Defendant Matusiewicz spent the night of February 10, 2013 at :                  , Elkton, MD.

**Standard Condition 4:** "The defendant shall support his or her dependents and meet other family responsibilities."

**Evidence:** The defendant is in arrears on his child support obligation of $2,200 monthly.

**Criminal Monetary Penalties:** Pay $200 special assessment.

**Evidence:** There is an outstanding balance of $25 on the $200 special assessment. No payments have been made since March 6, 2012.

**Criminal Monetary Penalties:** "Pay restitution in the amount of $9,674 in monthly installments of not less than $100."

**Evidence:** There is an outstanding balance of $9,674.