AO 442 (Rev. 11/11) Arrest Warrant

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2013 FEB 13 PM 2:26

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 08-CR-69 GMS |
| DAVID MATUSIEWICZ | ) | |
| Defendant | ) | |

U.S. DISTRICT WILMINGTON DE
2013 FEB 11 P 4:16
RECEIVED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DAVID MATUSIEWICZ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

VIOLATION OF SUPERVISED RELEASE

Date:   02/11/2013

*Marie McDavid Deputy Clerk*
*Issuing officer's signature*

City and state:   Wilmington, DE

*for*   John A. Cerino, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/11/13 , and the person was arrested on *(date)* 2/11/13
at *(city and state)* Wilmington, DE .

Date: 2/11/13

*William Lowe*
*Arresting officer's signature*

William David, SDUSM
*Printed name and title*