## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-69-GMS |
| | ) | |
| DAVID MATUSIEWICZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Jamie M. McCall, Assistant United States Attorney for the District of Delaware, as co-counsel in the above captioned case.

                                            Respectfully submitted,

                                            DAVID C. WEISS
                                            Attorney for the United States
                                            Acting Under Authority Conferred
                                            by 28 U.S.C § 515


                             BY:  /s/ Jamie M. McCall
                                            Jamie M. McCall
                                            Assistant United States Attorney

Dated: February 15, 2013