IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal No. 08-69 GMS |
| | : |
| DAVID MATUSIEWICZ, | : |
| Defendant. | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the revocation of supervised release hearing regarding the above-captioned defendant is scheduled for **Thursday, March 7, 2013, at 2:00 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States District Court for the District of Delaware, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

February 15, 2013